

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2019

No. 04-18-00372-CR

Aundrea Edward **MATHIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 555225
Honorable Walden Shelton, Judge Presiding

# O R D E R

Sitting:        Sandee Bryan Marion, Chief Justice
                Luz Elena D. Chapa, Justice
                Beth Watkins, Justice

The panel has considered the Appellant's Motion for Rehearing and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court